# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 13-8079-PA (JPR)**                                    Date: **February 25, 2015**

Title:  **Vann v. Harris**
===============================================================
**DOCKET ENTRY: Order to Show Cause**
===============================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

   None present                                                          None present

**PROCEEDINGS: (IN CHAMBERS)**

On June 17, 2014, this Court dismissed Petitioner's unexhausted claims at his request and stayed the remaining claims in the Petition so that Petitioner could exhaust his unexhausted claims in state court.  The Court ordered, among other things, that

> the Petition shall be held in abeyance until 30 days after the California Supreme Court issues its order denying Petitioner's habeas petition. Within 30 days of the supreme court's denial of his state habeas petition, Petitioner must file a motion in this Court seeking leave to amend his Petition to include any newly exhausted claims.

The Court further warned that "Petitioner's failure to strictly comply with the terms of this Order may result in the stay being lifted and the Court proceeding to adjudicate only Petitioner's exhausted claims."

The Court's review of the California Appellate Courts' Case Information website indicates that Petitioner's state supreme court petition was denied on January 21, 2015.  Thus, Petitioner's motion for leave to amend the newly exhausted claims into the Petition was due no later than February 20, 2015.  To date he has not filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:    **CV 13-8079-PA (JPR)**                                             February 25, 2015
       **Vann v. Harris**                                                                              **Page 2**

------------------------------------------------------------------

any such motion.

     Accordingly, no later than 21 days from the date of this Order, Petitioner must show cause in writing, if he has any, why the Court should not immediately lift the stay and proceed to adjudicate solely the remaining claims in the Petition.  If Petitioner files a motion for leave to file an amended petition within the same time frame, the show-cause order will automatically be discharged and the Court will set a briefing schedule.  If Petitioner does not timely respond to this Order, the Court will lift the stay and adjudicate only the remaining claims in the Petition.