JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS VANN, JR., | ) Case No. CV 13-8079-PA (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| KAMALA D. HARRIS, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 11, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE